IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMISHA RAWLINGS,<br><br>        Plaintiff,<br><br>v.<br><br>ALORICA INC.,<br><br>        Defendant. | CASE NO.:<br>1:14-cv-02619-LMM |

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (ECF No. 8).

Plaintiff brings certain claims in this action under the Fair Labor Standards Act ("FLSA").[1] Under controlling precedent in this Circuit, FLSA claims to be resolved through a proposed settlement agreement may be submitted to a district court when an employee brings a private action for back wages pursuant to 29 U.S.C. § 216(b). *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). If, after scrutinizing the settlement, the district court determines that it "is a fair and reasonable resolution of a bona fide dispute of FLSA provisions[,]" the court may enter a stipulated judgment. *Id.* at 1355. Where, as here, the

---

[1] The joint motion states that Plaintiff brought claims in arbitration under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.*, and has privately settled those claims. Unlike a release of FLSA claims, a release of FMLA claims relating to past employment does not require that the court review the parties' settlement. *See Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1123 (11th Cir. 2014) ("an employee can release FMLA claims that concern past employer behavior"). The FMLA claims are thus not before the Court.

employee is represented by counsel, there is some assurance that the employee's rights under the statute will be protected, and "the settlement is more likely to reflect a reasonable compromise of disputed issues." *Id.* at 1354.

Having reviewed the joint motion, the relevant legal authorities and the settlement agreement and conducting a telephonic hearing on the matter, the Court finds the settlement agreement submitted to the Court on December 9, 2015 (ECF No. 10) is a fair and reasonable resolution to Plaintiff's FLSA claims in this action.

Accordingly, it is ordered and adjudged that the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice is GRANTED.

The parties' settlement agreement (ECF No. 10) is thus APPROVED. The case is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case.

**SO ORDERED** this 10th day of December, 2015.

_____
The Honorable Leigh Martin May
United States District Court Judge

30560954.4